**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Faustino CRESPIN, Defendant—
Appellant.**

No. 09–30312.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 23, 2010.*

Filed Sept. 3, 2010.

Lynne W. Lamprecht, Assistant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

John Charles Defranco, Esquire, Ellsworth, Kallas, Talboy & Defranco, P.L.L.C., Boise, ID, for Defendant–Appellant.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Faustino Crespin appeals from the 80–month sentence imposed following his guilty-plea conviction for malicious damage to a building by fire, in violation of 18 U.S.C. § 844(f)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Crespin contends that the court failed to consider defendant-specific mitigating factors as part of its 18 U.S.C. § 3553(a) analysis, and that the sentence was greater than necessary to achieve the goals of sentencing. The record reflects that the district court carefully considered the 18 U.S.C. § 3553(a) sentencing factors, including Crespin's arguments in mitigation, and provided a well-reasoned and thorough explanation for the sentence imposed. The district court did not procedurally err, and the sentence is substantively reasonable under the totality of the circumstances. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.